United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-18500-MMH
Yousef A Sihweil  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1      User: admin      Page 1 of 2
Date Rcvd: Jul 22, 2021      Form ID: pdfparty      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Bank of America, National Association, The Corporation Trust, Incorporated, 2405 York Road, Suite 201, Lutherville Timonium, MD 21093-2252 |
| | + | Brian Moynihan, President/CEO, Bank of America, N.A., Bank of America Corporate Center, 100 North Tryon Street, Charlotte, NC 28255-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bizhan Beiramee | bbeiramee@beiramee.com  e-filing@beiramee.com |
| Katherine A. (UST) Levin | Katherine.A.Levin@usdoj.gov  amy.busch@usdoj.gov |
| Richard Marc Goldberg | rmg@shapirosher.com  ejd@shapirosher.com |
| Robert M. Stahl | stahllaw@comcast.net  stahllawbp@gmail.com |
| Scott Nevin | snevin@nicholllaw.com |

District/off: 0416-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2021 | Form ID: pdfparty | Total Noticed: 2

Steven L. Goldberg
sgoldberg@mhlawyers.com  dmoorehead@mhlawyers.com,sgoldberg@ecf.inforuptcy.com,kolivercross@mhlawyers.com

US Trustee - Baltimore
USTPRegion04.BA.ECF@USDOJ.GOV

Zvi Guttman
zvi@zviguttman.com  zviguttman@gmail.com,zviguttman@outlook.com

TOTAL: 8

Entered: July 22nd, 2021
Signed: July 21st, 2021
**SO ORDERED**



*Michelle M. Harner*
**MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE**

In the United States Bankruptcy Court
For the District of Maryland
<u>Baltimore Division</u>

| | |
|---|---|
| In re: | |
| Sihweil, Yousef A. | Bankr. Case No.: 20-18500-MMH |
| Debtor(s) | (Chapter 7) |

**ORDER AUTHORIZING
RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS
(Bank of America, N.A.)**

Upon the Motion For Examination Pursuant To Bankruptcy Rules 2004 (the "Motion") filed by **Zvi Guttman, Trustee** after notice and hearing and for good cause shown, it is by the United States Bankruptcy Court for the District of Maryland;

ORDERED, that the Motion be, and it hereby is, granted; and it is

FURTHER ORDERED, that **Bank of America, N.A.** ("Examinee") shall submit to an examination pursuant to Federal Rule of Bankruptcy Procedure 2004, before a Notary Public, or any other officer authorized by law to administer oaths, with the examination to continue from day to day until completed, at such time and place as set by the Trustee or as the parties agree; and it is

FURTHER ORDERED, that to the extent the documents identified in the Motion are in the possession control or custody (or in the case of electronic documents or files, available to him) of Examinee, Examinee shall provide said documents to counsel for the Trustee at or prior to the examination authorized herein; and it is

FURTHER ORDERED, that if Examinee is an individual, Examinee must appear and testify. If Examinee is a chartered entity, Examinee must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf as to the matters identified in the Motion. Examinee may set out the matters on which each person designated will testify. The persons so designated must testify about information known or reasonably available to Examinee; and it is

FURTHER ORDERED, that Examinee's attendance at such examination may be compelled by the issuance of a subpoena pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedures.

**Suggested Distribution List:**

Zvi Guttman, Esq.
The Law Offices of Zvi Guttman, P.A.
P.O. Box 32308
Baltimore, Maryland 21282

Robert M. Stahl, IV, Esq.
Robert M. Stahl, LLC
1142 York Road
Lutherville, MD 21093

Bank of America, National Association
The Corporation Trust, Incorporated
2405 York Road, Suite 201
Lutherville Timonium MD 21093-2264

Brian Moynihan, President/CEO
Bank of America, N.A.
Bank of America Corporate Center
100 North Tryon Street
Charlotte, NC 28255.


**END OF ORDER**